# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CASE NO. 5:20-cr-00400 |
| | * | |
| Plaintiff, | * | JUDGE PAMELA A. BARKER |
| | * | |
| -vs- | * | **DEFENDANT'S UNOPPOSED** |
| | * | **MOTION TO CONTINUE THE** |
| JOSEPH A. CIPOLLETTI, | * | **OCTOBER 13, 2020, FINAL** |
| | * | **PRE-TRIAL CONFERENCE** |
| Defendant. | * | |

Now comes Joseph A. Cipolletti, defendant herein, through counsel, and moves this Honorable Court to continue from October 13, 2020, until October 27, 2020, the final pre-trial conference in this matter.

Counsel for the defendant and for the government have and are engaged in discussions attempting to arrive, if possible, at a resolution of this matter. The most recent conversation between counsel took place on October 7, 2020, and additional time is needed to consult with the clients and review with the defendant the massive discovery as provided the undersigned by counsel for the government.

AUSA Brian McDonough does not object to the requested continuance.

No prior continuances have been requested or granted, and the within request is not taken for purposes of delay.

**Wherefore**, defendant Joseph A. Cipolletti respectfully requests that this Court continue the October 13, 2020, final pre-trial conference, until October 20, 2020, re-setting the trial date, currently scheduled to begin on October 21, 2020.

Respectfully submitted,

S/Lester S. Potash
Lester S. Potash (#0011009)
Counsel for Defendant
Joseph A. Cipolletti
25700 Science Park Drive, Suite 160
Beachwood, OH 44122
Tel.: (216) 771-8400
Fax: (216) 771-8404
E-mail: lsp@potash-law.com
