IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:20CR400 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH A. CIPOLLETTI, | ) | <u>UNITED STATES' MOTION FOR</u> |
| | ) | <u>LEAVE TO FILE A MOTION</u> |
| Defendant. | ) | <u>UNDER SEAL</u> |

Now comes the United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Brian McDonough, Assistant United States Attorney, and requests that this Court permit the United States to file a motion under seal relating to attorney-client matters. As the material in the motion is protected by other rules, including Fed. R. Crim. P. 6 and Local Crim. R. 16.1, and is also sensitive in nature, the United States respectfully requests that this Court permit it, under Local Crim. R. 49.4, to file the motion under seal.

<div style="margin-left: 3em;">

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Brian McDonough
    Brian McDonough (OH: 0072954)
    Assistant United States Attorney
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3965
    (216) 522-2403 (facsimile)
    Brian.McDonough@usdoj.gov

</div>

==Motion for Leave to File a Motion Under Seal by United States of America is granted.==

==s/ Pamela A. Barker==
==PAMELA A. BARKER==
==UNITED STATES==
==DISTRICT JUDGE==