IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:20-CR-400 |
|---|---|---|
| Plaintiff | ) | JUDGE: PAMELA A. BARKER |
| vs. | ) | **DEFENDANT JOSEPH CIPOLLETTI'S NOTICE OF DISCHARGE OF COUNSEL LESTER POTASH AND MOTION FOR APPOINTMENT OF NEW COUNSEL** |
| JOSEPH CIPOLLETTI, | ) | |
| Defendant | ) | |

Defendant Joseph Cipolletti, by and through conflict counsel attorney Thomas E. Conway, hereby notifies This Honorable Court that he has discharged attorney Lester Potash from representing him in this matter, and respectfully requests that This Court appoint him new counsel to represent him in the case at bar.

Respectfully submitted,

/s/ Thomas E. Conway
Thomas E. Conway (Reg. 0021183)
Attorney for Defendant
55 Public Square  Suite 2100
Cleveland, Ohio  44113
(216) 210-0470 - phone
teconway@sbcglobal.net - Email

**CERTIFICATE OF SERVICE**

I certify that the forgoing was filed electronically on December 12, 2020.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and can be accessed through said system.

/s/ Thomas E. Conway
Thomas E. Conway
Attorney for Defendant