# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 5:20 CR 400 |
| | ) | |
| Plaintiff, | ) | **Judge Pamela A. Barker** |
| vs. | ) | |
| | ) | |
| JOSEPH CIPOLLETTI, | ) | |
| | ) | |
| Defendant | ) | |

## DESIGNEE ONE'S NOTICE OF DISCHARGE OF COUNSEL

Now comes Designee One, Alfred Cipolletti, by and through conflict counsel Anthony J. Vegh, and hereby notifies this Court that Mr. Cipolletti has discharged attorney Lester Potash from representing him in this matter.

Respectfully submitted,

*s/Anthony J. Vegh*
Anthony J. Vegh
526 Superior Ave., East, Suite 220
Cleveland, Ohio 44114
P (216) 566-1424
F (216) 566-1468
avegh@vecchio-vegh.com
(Ohio Bar Reg No. 0039603)

Counsel for Designee One

1

CERTIFICATE OF SERVICE

      A copy of the foregoing was electronically served on this 17th day of December 2020. Notice of this filing will be sent to all counsel indicated on the electronic receipt by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                            *s/Anthony J. Vegh*