# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 5:20-cr-00400 |
| | ) | |
| Plaintiff | ) | JUDGE PAMELA BARKER |
| | ) | |
| -vs- | ) | |
| | ) | |
| JOSEPH CIPOLLETTI | ) | **MOTION TO CONTINUE** |
| | ) | **MAY 16, 2022, TRIAL** |
| Defendant | ) | |

Counsel on behalf of the defendant, seeks a continuance of the trial of this matter, currently set for May 16, 2022.  Counsel has previously filed a Notice of Intent to Plead Guilty and the matter is being resolved with a change of plea.  Counsel has consulted with AUSA McDonough about all aspects of the resolution of this matter, including a continuance of the trial date, and he does not object.

Respectfully submitted,

s/Brian R. McGraw_____
**BRIAN R. McGRAW (0036799)**
Attorney for Defendant
55 Public Square Suite 2100
Cleveland, Ohio 44113
Phone: 216-224-4817

### S E R V I C E

I hereby certify that on May 10, 2022, a copy of the foregoing Motion was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.

S/ Brian R. McGraw
**BRIAN R. McGRAW (0036799)**
Attorney for Defendant