# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 5:20-cr-00400 |
| **Plaintiff,** | **JUDGE PAMELA A. BARKER** |
| -vs- | |
| | **ORDER** |
| **JOSEPH A. CIPOLLETTI,** | |
| **Defendant.** | |

This matter is before the Court on the Defendant's unopposed Motion to Continue the trial of this matter, currently set for May 16, 2022. Counsel has previously filed a Notice of Intent to Plead Guilty. (Doc. No. 45.) Defendant's counsel represents the matter is being resolved with a change of plea.

For the foregoing reasons, the Court finds that the ends of justice served by the granting of a continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C.§§3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

**IT IS SO ORDERED.**

                                                   s/Pamela A. Barker
                                                   PAMELA A. BARKER
Date: May 10, 2022                          U. S. DISTRICT JUDGE